**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2025
```

WRITER'S DIRECT DIAL NO.
(212) 849-7150

WRITER'S EMAIL ADDRESS
michaelcarlinsky@quinnemanuel.com

January 15, 2025

<u>VIA ECF</u>

Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Ayrton Capital, LLC v. Bitdeer Technologies Group*, Case No. 24 Civ 05160 (LJL)
     <u>Request for Adjournment of Settlement Conference</u>

Dear Judge Moses:

Following the status conference with the Court on Monday, January 13, 2025, Defendant Bitdeer Technologies Group believes that the parties would benefit from additional time to prepare for and confer in advance of a settlement conference with the Court. Accordingly, Bitdeer respectfully requests that the settlement conference scheduled for this Thursday, January 16, 2025, be adjourned.

Bitdeer is in receipt of the Court's availability for a rescheduled settlement conference, which it thanks Your Honor's Chambers for providing. However, because certain of Bitdeer's principals are overseas, Bitdeer will need additional time to confirm its availability and confer with Plaintiff Ayrton Capital, LLC regarding the same. Bitdeer will follow up with the Court promptly on behalf of the parties to confirm their availability.

Bitdeer is available to confer at the Court's convenience, if necessary.

Very truly yours,

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky

> Chambers has been advised that plaintiff does not object to a short adjournment of the settlement conference, originally scheduled for January 16, 2025. Consequently, the settlement conference originally scheduled for January 16, 2025 is hereby **ADJOURNED**. The parties are directed to meet and confer and select one of the following three dates to reschedule the settlement conference: **January 23, 2025 at 2:00 pm**, **January 30, 2025 at 2:00 pm**, or **February 10, 2025 at 2:00 pm**. The parties must notify the Court of their chosen date by close of business January 17, 2025. **SO ORDERED**.
>
> _(signature)_
> Barbara Moses
> United States Magistrate Judge
> January 15, 2025

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH