```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
AYRTON CAPITAL LLC,                                                 :
                                                                    :
                              Plaintiff,                            :    24-cv-5160 (LJL)
                                                                    :
                -v-                                                 :    ORDER
                                                                    :
BITDEER TECHNOLOGIES GROUP,                                         :
                                                                    :
                              Defendant.                            :
                                                                    :
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    The parties have moved to redact personally identifiable information, identities of non-party investors, and confidential transaction terms from exhibits filed in connection with Plaintiff's motion to compel discovery. Dkt. Nos. 48, 50, 51. "[T]he presumption of public access in filings submitted in connection with discovery disputes or motions in limine is generally somewhat lower than the presumption applied to material introduced at trial, or in connection with dispositive motions such as motions for dismissal or summary judgment." *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). Given this lower presumption, the parties have shown that sealing is appropriate to protect personally identifiable information and maintain the confidentiality of commercially sensitive information.

    The motions to seal are granted. The Clerk of Court is respectfully directed to close Dkt. Nos. 48, 50, and 51. The Clerk of Court is additionally directed to close Dkt. Nos. 41 and 43, which are resolved by this order.

SO ORDERED.

Dated: March 14, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                     United States District Judge