**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2025

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
renitasharma@quinnemanuel.com

April 14, 2025

**VIA ELECTRONIC MAIL**

Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Ayrton Capital, LLC v. Bitdeer Technologies Group*, Case No. 24 Civ 05160 (LJL)
      Request for Adjournment of Settlement Conference

Dear Judge Moses:

We are counsel to Defendant Bitdeer Technologies Group ("Bitdeer") in the above-captioned action. We write with the consent of Plaintiff, Ayrton Capital, LLC ("Ayrton") to request that the settlement conference scheduled for April 24, 2025 be adjourned. The parties' previous settlement conferences, scheduled for January 16, 2025 and February 10, 2025, were rescheduled because of the gap between the parties' settlement positions. At this time, and being mindful of Your Honor's direction that the parties are permitted to participate in a settlement conference only once, Bitdeer believes that a settlement conference will be most productive in September or October 2025, to coincide with the parties' summary judgment motions.

Ayrton continues to believe that the parties' good faith participation in a settlement conference could constructively narrow the gap between them, but does not object to the requested extension given Bitdeer's position that a settlement is unlikely at this time.

The parties are available on September 22, 2025 or on September 23, 2025. The parties are available to confer at the Court's convenience, if necessary.

Very truly yours,

/s/ Renita Sharma
Renita Sharma

Application GRANTED to the extent that, as discussed with counsel, the settlement conference scheduled for April 24, 2025, is adjourned to **October 9, 2025, at 2:15 p.m.** The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (see Dkt. 27 ¶¶ 3, 4) no later than October 2, 2025. SO ORDERED.

Barbara Moses, U.S.M.J.
April 15, 2025

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH