# Exhibit 3

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 4 | Date Range: 4/16/2024 - 4/17/2024 |

## Outline of Conversations

**C06A6075X41** • 4 messages between 4/16/2024 - 4/17/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Jihan Wu <jihan.wu@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com>

**Messages in chronological order** (times are shown in GMT +00:00)

## C06A6075X41

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/16/2024, 9:24 PM

Jihan,

Below is an updated version of the debt terms that are on the table. We are presenting the best options for 1. Straight Debt; 2. Debt with Warrants & 3. Convertible Debt. [redacted] Option 3 is also included as a reference:

Ayrton Capital:
Low interest rate & [redacted] amortization holiday.
Reasonable warrant coverage at [redacted]

[redacted]
Highest interest rate, but only [redacted] amortization per year
Lowest cost of capital
Very reputable [redacted] credible fund; could be great long term capital provider, as they have other lower cost of capital funds that we could graduate to

[redacted]: (Still pending final confirmation of terms)
Unique, low cost convertible debt.
Eliminates dilution at our current share price; gives us [redacted] to get our stock price up significantly:
No conversion in [redacted] unless stock price hits [redacted]
[redacted], conversion at a discount to the Market Price at the time
Need to see if they will increase initial investment to [redacted]

[redacted] Option 3:
Highest cost of capital
Fees are significantly out of market; [redacted] cash + [redacted] warrants vs. [redacted] cash fee for others

Size Considerations: We may want to consider limiting the initial draw to [redacted], putting our total debt to [redacted] (including Norway), which would be among the highest in the industry. If the market pulls back, investors may become bearish on miners with high debt levels. I think we would be well served to provide as much transparency as possible regarding the use of proceeds and the expected returns.

Please let us know your thoughts on these options.

| | Ayrton Capital* | [redacted] | | |
|---|---|---|---|---|
| Issuance | Senior Secured Notes & Warrants | Senior Secured Notes | Senior Secured Convertible Notes | Senior Secured Notes & Warrants |
| Term | [redacted] | | | |
| Amount | | | | |
| Interest Rate | | | | |
| OID | | | | |
| Broker Fee | | | | |
| Conversion / Warrant | | | | |
| Conversion /Warrant Prem | | | | |
| All-In Cost of Capital (Revised) | | | | |
| Security | | | | |
| Guarantees | | | | |
| Amortization | | | | |
| Other Considerations | | | | |

*Image: image.png (63 KB)*

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/17/2024, 2:40 AM

Hi Jeff, I agree with your analysis framework, and pls lease try to execute it and close one of it asap.

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/17/2024, 2:50 AM

Sounds good. Do you have a preference among the 3 options?

Are you comfortable with the $100m to start?

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/17/2024, 5:40 AM

I am good with 100m$ to start. I am all OK and I also agree with your analysis framework on the preferences. But time is another important factor. I wish to close the deal asap.