# Exhibit 4

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 7 | Date Range: 4/26/2024 - 4/27/2024 |

### Outline of Conversations

**C06A6075X41** • 7 messages between 4/26/2024 - 4/27/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Jihan Wu <jihan.wu@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com>

**Messages in chronological order** (times are shown in GMT +00:00)

**C06A6075X41**

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/26/2024, 9:13 PM

Jihan,

We have been working all day to get updated term sheets from the other lenders. We also had a long call with [redacted] and believe they are being helpful and truly want to help us get something done. However, we believe the deal they presented is still quite a bit more expensive than the ones we have on the table.

Haris and I spoke with Ayrton Capital and they provided us with the attached term sheet for $100M, plus an option to draw an additional $50M in the future. The terms are summarized below along with the [redacted] proposal:

Here are the advantages of Ayrton vs. [redacted]:
- Less impact on cash flow
  - o Longer term
  - o Lower interest rate
  - o Lower amortization
  - o Longer term
- Savings on interest, as we don't pay on the additional $50M until we draw on it
- No broker fees, as I sourced this deal myself

Ayrton stated that they can close in 3-4 weeks and is ready to do their site visits next week.

Haris can provide his opinion, but we feel as comfortable with them as we can at this point.

Please let us know your thoughts.

| | [redacted] Option 4 | Ayrton (D48) |
|---|---|---|
| Issuance | Senior Secured Convertible Notes & Warrants | Senior Secured Notes |
| Term | [redacted] | 48 |
| Amount | [redacted] | $100-$150 |
| Interest Rate | [redacted] | 13.30% |
| OID | [redacted] | 5.0% |
| Broker Fee (Cash) | [redacted] | - |
| Broker Fee (Warrants) | [redacted] | - |
| Warrants | [redacted] | - |
| Conversion | [redacted] | - |
| Conversion /Warrant Prem | [redacted] | - |
| All-In Cost of Capital (Revised) | [redacted] | 15.33% |
| Security | [redacted] | First Lien All Assets |
| Guarantees | [redacted] | BTDR and Subsidiaries |
| Amortization | [redacted] | 10.0% |

*Image: image.png (84 KB)*

*Attachment: 2024-0426 - Ayrton Capital LLC (D48).docx (27 KB)*

HB **Haris Basit <haris.basit@bitdeer.com>** 4/26/2024, 9:20 PM

Also, with Ayerton we are dealing directly with the lender. With [redacted] we are dealing with an investment bank that has to find the right lender. I like the Ayerton deal it is straight debt, no warrants, no conversion, no broker fees. Very simple.

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/26/2024, 9:25 PM

Karen called me a few days ago, and she said that it is quite unusual that higher than 50m$ deal without a bank participation. She also mentioned that another prominent Chinese entrepreneur, Wang Chuanfu, the founder of BYD, employed a strategic approach to secure financing for his company. He leveraged his personal connections with investors, many of whom were close friends, and also sought involvement from banks to facilitate the process. This strategy proved effective, as it created an atmosphere of high demand for the deal among buy-side investors.

In contrast, the decision made by the CIO who declined to invest was likely driven by emotions rather than rational analysis. Investment bankers, through their expertise and influence, can effectively manage investor sentiment, which may have been the crucial factor in securing fundings.

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/26/2024, 9:27 PM

Karen also mentioned that the [redacted] fee is negotiable. She wants us to mark all the things we want and feed back to them.

JW **Jihan Wu <jihan.wu@bitdeer.com>** EDITED 4/26/2024, 9:28 PM

We did not share the fact that the earlier fund has rejected us. We say that because me is pushing our team to use them, if we want to work with Karen/[redacted].

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/26/2024, 9:34 PM

Jihan, we actually retained 3 investment banks ([redacted] and [redacted]) to identify lenders and run a competitive process as well as leveraging our own contacts. In fact [redacted] was sourced by one of the investment banks. Ultimately, it is the investor and their Investment / Credit Committee that has to make the final decision.

Our investment banks identified a few other lenders that provided very similar terms, but were more expensive due to the broker fees. Let us know your thoughts.

LK **Matt Kong <linghui.kong@bitdeer.com>** 4/27/2024, 12:41 AM

Jeff, Have you proposed the terms we want to [redacted] to see if they can be matched?