# Exhibit 5

Message

**From:** Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent:** 4/24/2024 3:16:02 PM
**To:** 'Vicky Zhu' [jiayuan.zhu@bitdeer.com]; joanne.ong@bitdeer.com
**CC:** 'Haris Basit' [haris.basit@bitdeer.com]; 'Matt Kong' [linghui.kong@bitdeer.com]; 'Samantha Robertson' [samantha.robertson@bitdeer.com]
**Subject:** RE: Debt Options

HI all,

I just wanted to provide you with a quick update on [redacted]. My contact presented to their investment committee and CIO today, however somebody had a personal issue that pushed the The final decision until tomorrow. Assuming all goes well, we will have an executed term sheet by tomorrow. Again, [redacted] did this expedited process for us to obtain CIO approval which will allow them to close faster.

I will Update the team as soon as I hear back.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: [redacted]
BITDEER
www.bitdeer.com

---

**From:** Vicky Zhu <jiayuan.zhu@bitdeer.com>
**Sent:** Monday, April 22, 2024 11:38 PM
**To:** joanne.ong@bitdeer.com
**Cc:** Jeff LaBerge <jeff.laberge@bitdeer.com>; Haris Basit <haris.basit@bitdeer.com>; Matt Kong <linghui.kong@bitdeer.com>; Samantha Robertson <samantha.robertson@bitdeer.com>
**Subject:** Re: Debt Options

Hi Jeff, just to confirm, have we received the execution version? Thanks.

---

**Vicky ZHU 朱嘉媛**
Finance

[redacted]

BITDEER
www.bitdeergroup.com

On Mon, Apr 22, 2024 at 11:40 AM <joanne.ong@bitdeer.com> wrote:

> Noted.
>
> Joanne
> Administrative
>
> **Contact:** [redacted]

BITDEER

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Sent:** Monday, April 22, 2024 11:40 AM
**To:** joanne.ong@bitdeer.com
**Cc:** Vicky Zhu <jiayuan.zhu@bitdeer.com>; Haris Basit <haris.basit@bitdeer.com>; Matt Kong <linghui.kong@bitdeer.com>; Samantha Robertson <samantha.robertson@bitdeer.com>
**Subject:** Re: Debt Options

Let's hold off on submitting until we receive the executed version. Especially before we send out the expense money to them.

Sent from my iPhone

On Apr 21, 2024, at 8:35 PM, joanne.ong@bitdeer.com wrote:

Hi Jeff,

Pls ignore my previous email, I have gotten the doc and will proceed the necessary.

Thanks

Joanne

Administrative

**Contact:** [redacted]

<image002.png>

**From:** joanne.ong@bitdeer.com <joanne.ong@bitdeer.com>
**Sent:** Monday, April 22, 2024 10:23 AM
**To:** 'Jeff LaBerge' <jeff.laberge@bitdeer.com>; 'Vicky Zhu' <jiayuan.zhu@bitdeer.com>
**Cc:** 'Haris Basit' <haris.basit@bitdeer.com>; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Samantha Robertson' <samantha.robertson@bitdeer.com>
**Subject:** RE: Debt Options

Hi Jeff,

Pls send me the doc for OA submission.

Thanks,

Joanne
Administrative

**Contact:** [redacted]

<image004.png>

---

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Sent:** Friday, April 19, 2024 10:53 PM
**To:** Vicky Zhu <jiayuan.zhu@bitdeer.com>
**Cc:** Haris Basit <haris.basit@bitdeer.com>; Matt Kong <linghui.kong@bitdeer.com>; Samantha Robertson <samantha.robertson@bitdeer.com>; joanne.ong@bitdeer.com
**Subject:** Re: Debt Options

Correct.

Sent from my iPhone

On Apr 19, 2024, at 7:44 AM, Vicky Zhu <jiayuan.zhu@bitdeer.com> wrote:

Oh I have to check internally for the cost center. But if Joanne can help with the process that will be much easier, I will also have finance team support it next Monday. Just to confirm, the deposit we should pay is [redacted], right?

---

Vicky ZHU 朱嘉媛
Finance

[redacted]

<image002. png>

www.bitdeergroup.com

---

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Date:** Friday, 19 April 2024 at 22:36
**To:** Vicky Zhu <jiayuan.zhu@bitdeer.com>
**Cc:** Haris Basit <haris.basit@bitdeer.com>, Matt Kong <linghui.kong@bitdeer.com>, Samantha Robertson

<samantha.robertson@bitdeer.com>, joanne.ong@bitdeer.com <joanne.ong@bitdeer.com>
**Subject:** Re: Debt Options

Thank you, Vicki. Do you have any guidance regarding what cost centers and other inputs we would use in OA? I have copied Joanne as well. I know we want to get this executed immediately, so I don't wanna mess it up 😊.

Sent from my iPhone

On Apr 19, 2024, at 7:22 AM, Vicky Zhu <jiayuan.zhu@bitdeer.com> wrote:

I remove Jihan and just for reminder – I think we need to pay the deposit to [redacted] once TS signed, the payment also need to go though OA. I suggest you start the process today so that finance team can have the deposit paid around next Monday.

---

Vicky ZHU 朱嘉媛
Finance

[redacted]

<image001. png>

www.bitdeergroup.com

---

**From:** Vicky Zhu <jiayuan.zhu@bitdeer.com>
**Date:** Friday, 19 April 2024 at 21:50
**To:** Jeff LaBerge <jeff.laberge@bitdeer.com>, Jihan Wu <jihan.wu@bitdeer.com>
**Cc:** Haris Basit <haris.basit@bitdeer.com>, Matt Kong <linghui.kong@bitdeer.com>, Samantha Robertson <samantha.robertson@bitdeer.com>, Bitdeer.Secretaries <Secretaries@bitdeer.com>
**Subject:** Re: Debt Options

Hi Jeff, I loop secretary team for the signature first and then you can get back to [redacted]. But it's still need to go through the OA for the record purpose.

---

Vicky ZHU 朱嘉媛
Finance

[redacted]

<image001. png>

www.bitdeergroup.com

---

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Date:** Friday, 19 April 2024 at 21:46

**To:** Jihan Wu <jihan.wu@bitdeer.com>
**Cc:** Haris Basit <haris.basit@bitdeer.com>, Matt Kong <linghui.kong@bitdeer.com>, Samantha Robertson <samantha.robertson@bitdeer.com>, jiayuan.zhu@bitdeer.com <jiayuan.zhu@bitdeer.com>
**Subject:** Re: Debt Options

They Gion. What is the appropriate way to get this executed? Can it be signed directly by you or does it need to go through OA?

Sent from my iPhone

On Apr 19, 2024, at 3:56 AM, Jihan Wu <jihan.wu@bitdeer.com> wrote:

Approved

On Fri, 19 Apr 2024 at 07:14, Jeff LaBerge <jeff.laberge@bitdeer.com> wrote:

Jihan,

Please see the attached final version of the [redacted] term sheet. I was able to reduce the amortization from [redacted] / year to [redacted] / year and added a carve out for subordinate debt as well.

We believe these are the best straight debt terms available to us, as they do not include any equity component, which will allow us to utilize our ATM without any restrictions.

**Redacted for Privilege**

If you are comfortable, can this be executed directly, or does it need to go through OA?

Jeff LaBerge, CFA

Head of Capital Markets & Strategic Initiatives
Mobile: [redacted]

<image001.png>

www.bitdeer.com

---

**From:** jeff.laberge@bitdeer.com <jeff.laberge@bitdeer.com>
**Sent:** Thursday, April 18, 2024 10:03 AM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Haris Basit' <haris.basit@bitdeer.com>; jiayuan.zhu@bitdeer.com; 'Samantha Robertson' <samantha.robertson@bitdeer.com>
**Subject:** RE: Debt Options

Jihan,

After careful consideration, we are recommending that we move forward with the [redacted] senior secured debt at $100 million. The Term sheet is attached. We have spoken with numerous lenders as well as some of my other banking

contacts and I believe these are the most attractive terms available in the market right now. [redacted] is a very well respected credit fund with deep pockets so this could be a great long term source of funding for us as well.

I intend to include a carve out to allow the potential for a subordinated convertible debt structure with [redacted] at a later time, In case that is something we want to pursue. I believe we came up with a very innovative structure that defers the conversion to [redacted] and buys us time to execute on our business plan and get our stock price up.

**Redacted for Privilege**

Redacted for Privilege With respect to timing and costs to close, I negotiated a front-end loaded due diligence process, whereby they will complete their internal due diligence and obtain Investment Committee approval before they spend any of our legal deposit.

I will follow up with more updates today and tomorrow.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: [redacted]
<image001. png>
www.bitdeer.com

---

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Sent:** Tuesday, April 16, 2024 2:22 PM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Haris Basit' <haris.basit@bitdeer.com>
**Subject:** Debt Options

Jihan,

Below is an updated version of the debt terms that are on the table. We are presenting the best options for 1. Straight Debt; 2. Debt with Warrants & 3. Convertible Debt. [redacted] Option 3 is also included as a reference:

<image002.png>

**Ayrton Capital:**

1. Low interest rate & [redacted] amortization holiday.
2. Reasonable warrant coverage at [redacted]

[redacted]

1. Highest interest rate, but only [redacted] amortization per year
2. Lowest cost of capital
3. Very reputable [redacted] credible fund; could be great long term capital provider, as they have other lower cost of capital funds that we could graduate to

[redacted]**: (Still pending final confirmation of terms)**

1. Unique, low cost convertible debt.
2. Eliminates dilution at our current share price; gives us [redacted] to get our stock price up significantly:
   1. No conversion in [redacted] unless stock price hits [redacted]
   2. After [redacted], conversion at a discount to the Market Price at the time
1. Need to see if they will increase initial investment to [redacted]

[redacted] **Option 3:**

1. Highest cost of capital
2. Fees are significantly out of market; [redacted] cash + [redacted] warrants vs. [redacted] cash fee for others

**Size Considerations:** We may want to consider limiting the initial draw to [redacted] putting our total debt to [redacted] (including Norway), which would be among the highest in the industry. If the market pulls back, investors may become bearish on miners with high debt levels. I think we would be well served to provide as much transparency as possible regarding the use of proceeds and the expected returns.

Please let us know your thoughts on these options.

Jeff LaBerge, CFA

Head of Capital Markets & Strategic Initiatives
Mobile: +[redacted]

<image001.png>

www.bitdeer.com