# Exhibit 7

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 16 | Date Range: 4/9/2024 - 4/10/2024 |

## Outline of Conversations

**C06A6075X41** • 16 messages between 4/9/2024 - 4/10/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Jihan Wu <jihan.wu@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com>

**Messages in chronological order** (times are shown in GMT +00:00)

**C06A6075X41**

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/9/2024, 11:49 AM

Hi Haris & Jeff, Karen called me today. She said that the meeting with you guys went pretty well. She also said that they are ready to work on a term sheet if we can tell them which options we want.

JW **Jihan Wu <jihan.wu@bitdeer.com>** EDITED 4/9/2024, 11:49 AM

She also tried to persuade us that we need to raise the fund raising target to 200m$

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/9/2024, 11:50 AM



Debt Financing Overview

OPTION 1 | SENIOR SECURED CONVERTIBLE NOTES

| Option 1 \| Overview | |
|---|---|
| Borrower: | Bitdeer Technologies Group (Nasdaq: BTDR) |
| Issuance: | Senior Secured Convertible Notes |
| Amount: | [redacted] |
| Interest: | |
| OID: | |
| Term: | |
| Conversion Price: | |
| Security: | |
| Guarantees: | |
| Amortization: | |
| Pre-Payment Premium: | |
| Financial Covenants: | |
| Timing: | |
| Sole Placement Agent: | |

*Image: PHOTO-2024-04-09-19-38-37.jpg (225 KB)*



Debt Financing Overview

OPTION 2 | SENIOR SECURED NOTES & WARRANTS

| Option 2 \| Overview | |
|---|---|
| Borrower: | Bitdeer Technologies Group (Nasdaq: BTDR) |
| Issuance: | Senior Secured Notes & Warrants |
| Amount: | [redacted] |
| Interest: | |
| OID: | |
| Term: | |
| Warrant Coverage: | |
| Security: | |
| Guarantees: | |
| Amortization: | |
| Pre-Payment Premium: | |
| Financial Covenants: | |
| Timing: | |
| Sole Placement Agent: | |

*Image: PHOTO-2024-04-09-19-39-30.jpg (222 KB)*



Debt Financing Overview

OPTION 3 | SENIOR SECURED NOTES & WARRANTS

| Option 3 \| Overview | |
|---|---|
| Borrower: | Bitdeer Technologies Group (Nasdaq: BTDR) |
| Issuance: | Senior Secured Notes & Warrants |
| Amount: | [redacted] |
| Interest: | |
| OID: | |
| Term: | |
| Warrant Coverage: | |
| Security: | |
| Guarantees: | |
| Amortization: | |
| Pre-Payment Premium: | |
| Financial Covenants: | |
| Timing: | |
| Sole Placement Agent: | |

*Image: PHOTO-2024-04-09-19-40-28.jpg (225 KB)*

HB **Haris Basit <haris.basit@bitdeer.com>** 4/9/2024, 11:50 AM
Jeff has created a comparison sheet for each of the debt options. Karen's is one of the highest cost.

HB **Haris Basit <haris.basit@bitdeer.com>** 4/9/2024, 11:52 AM
There are two others that are much more reasonable. Jeff will send the comparison later. (It is 5am in San Diego).

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/9/2024, 12:37 PM
Thanks. The others are already term sheets, right?

HB **Haris Basit <haris.basit@bitdeer.com>** 4/9/2024, 12:44 PM
Yes

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/9/2024, 1:30 PM
Karen and I exchanged phone calls yesterday. I will connect with her today to discuss. As Haris said, I created an analysis of the options in the table. I would like to fine-tune it and will send it out today.

[redacted] has presented a couple of interesting options. My biggest concern with them is the fee they want. They are asking for a [redacted] cash fee [redacted] warrants. Compared to [redacted] fee from everybody else.

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/9/2024, 4:00 PM
I think we should ask for a term sheet from them based on Option 3.

HB **Haris Basit <haris.basit@bitdeer.com>** 4/9/2024, 4:15 PM
I think we should keep our total debt below our cash position so that we don't show a net debt on our balance sheet. Perhaps take [redacted] at most.

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/9/2024, 5:16 PM
OK, [redacted]

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/9/2024, 9:00 PM

*Attachment: Missing*

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** EDITED 4/9/2024, 9:00 PM
Jihan,

See the attached analysis of we feel are the best options we have on the table at this time. So far we have actual term sheets from Aryton Capital (2 weeks of due diligence done) and [redacted] (4 weeks of due diligence done). Note, these are only the terms that have been proposed and do not reflect any negotiations, so they will likely improve. I will be trying to reduce the rates as much as possible. We are still waiting on a few others, but I don't expect the terms will get much better. Our goal was to find the best straight debt as well as debt with warrants / equity kickers.

The attached analysis contains a list of the key terms and a very simple estimated cost of capital calculation. The CoC calculations for the straight debt is relatively straight forward; however, there are a few details that are not modelled in (e.g. Amortization deferrals; Ayrton offers a [redacted] deferral, which is both beneficial from a cash flow perspective, but also shows confidence in our business). We may want to have Christian build a more comprehensive model to full understand these terms.

The equity component is more complicated to calculate, as it requires assumptions regarding our stock's volatility, etc. I modeled it at [redacted], which is typically as high as investors will give you credit for, when the actual volatility is over 100%.

In my opinion, Ayrton and [redacted] are the strongest options. [redacted] is a well respected [redacted] credit fund that I believe will be looked at favorably by the market. Assuming both parties perform, they could be a great long term capital provider for us as well, as they have other lower cost of capital funds that we could graduate to. They understand the crypto space as well. It is possible we can get the all in cost down another [redacted] to [redacted], to [redacted]. They only require [redacted] amortization per year, which means we will only be paying about [redacted] in principle.

Ayrton Represents the best value from a debt plus warrant standpoint. As stated above, they are offering a [redacted] amortization deferral. Which will be helpful in the short term and also shows confidence in our business. Again I think we can get the rate down a bit, but in my view the most important thing for us is to have a rate in [redacted]. I think the market (especially the retail market) will look much more favorably on that. While it is theoretically more

expensive than the straight debt, I believe it is something we should consider for this reason.

Regarding [redacted], the most interesting structure they proposed is option #1, which is a full convertible bond but it has some unique features that we have not seen before. I would be happy to go into them in more detail, but this is relatively costly capital. The other options are ones that can be readily duplicated by others on better terms. Frankly, the biggest issue with [redacted] are there fees. As you can see The [redacted] cash fee is significantly higher than others and they ask for [redacted] warrants as well. I believe they are typically used to dealing with companies that are more desperate for money and are able to charge these types of fees. When we asked about them, they did not seem very open to reducing them.

I'm hoping to have more details by the end of this week hopefully sooner.

*Attachment: Missing*

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/9/2024, 9:07 PM

*Attachment: 2024-0409 - Debt Terms Comparison v2.xlsx (84 KB)*

JW **Jihan Wu <jihan.wu@bitdeer.com>** EDITED 4/10/2024, 4:00 AM

Jeff, I looked into the comparison table and I agree with your analysis above. Ayrton and [redacted] indeed provide the best options on table.

On [redacted] wise, we just ask for a term sheet from them out of their any options you think that is better than the others.

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/10/2024, 4:01 AM

I spoke with Karen today and asked for term sheets for 1 & 3. Let's se what they come back with.