# Exhibit 8

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 4 | Date Range: 4/28/2024 - 4/29/2024 |

## Outline of Conversations

**C06A6075X41** • 4 messages between 4/28/2024 - 4/29/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Jihan Wu <jihan.wu@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com>

**Messages in chronological order** (times are shown in GMT +00:00)

---

**C06A6075X41**

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/28/2024, 9:49 PM

I spoke with Ayrton and he reminded me that Monday and Tuesday are Jewish holidays so if we think this is something we want to move forward with it might be helpful to have an executed term sheet by today.

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/29/2024, 5:48 AM

👌

JW **Jihan Wu <jihan.wu@bitdeer.com>** 4/29/2024, 5:49 AM

OK

HB **Haris Basit <haris.basit@bitdeer.com>** 4/29/2024, 6:33 AM

JIhan, I assume you are OK with the Ayerton term sheet. If so, please sign it at your earliest convenience.