# Exhibit 9

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 5 | Date Range: 4/29/2024 |

## Outline of Conversations

**C06A6075X41** • 5 messages on 4/29/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Jihan Wu <jihan.wu@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com>

**Messages in chronological order** (times are shown in GMT +00:00)

**C06A6075X41**

LK **Matt Kong <linghui.kong@bitdeer.com>** 4/29/2024, 9:49 AM
@Haris Basit <haris.basit@bitdeer.com> Please contact Xingmei for the countersign.

JW **Jihan Wu <jihan.wu@bitdeer.com>** EDITED 4/29/2024, 9:50 AM
I do the contacting Xingmei myself

LK **Matt Kong <linghui.kong@bitdeer.com>** 4/29/2024, 9:50 AM
Noted.

LK **Matt Kong <linghui.kong@bitdeer.com>** 4/29/2024, 1:23 PM
@Jeff LaBerge <jeff.laberge@bitdeer.com> I have sent you the signed version, please forward it to Ayrton.

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 4/29/2024, 1:24 PM
Great. Thank you