# Exhibit 10

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 5 | Date Range: 6/19/2024 |

### Outline of Conversations

**C067253RQ3W** • 5 messages on 6/19/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com> • Slackbot (Bot)

**Messages in chronological order** (times are shown in GMT +00:00)

**C067253RQ3W**

LK **Matt Kong <linghui.kong@bitdeer.com>** 6/19/2024, 2:28 AM
Thank you Jeff.

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 6/19/2024, 2:32 AM
No problem. I thought the call with [redacted] went pretty well this morning.

LK **Matt Kong <linghui.kong@bitdeer.com>** 6/19/2024, 2:33 AM
I just have a call with Jihan, and we could be tough with Ayrton at the beginning because we had enough evidence to prove that 1. We told them in advance about the equity investment, but they did not tell us at that time that they would participate, 2. We were talking to them about debt, not equity investment and 3. They sent us a message to congratulate us when the equity financing was completed, but they did not express their intention to participate in this equity investment.

LK **Matt Kong <linghui.kong@bitdeer.com>** 6/19/2024, 2:34 AM
Now, the stock price rises, they show up, really asshole and unethical.

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 6/19/2024, 2:49 AM
I think that's a good idea Matt. And I agree. Complete unethical assholes.