# Exhibit 11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AYRTON CAPITAL, LLC,<br>*Plaintiff*,<br>v.<br>BITDEER TECHNOLOGIES GROUP,<br>*Defendant*. | Case No. 1:24-cv-05160-LJL |

**吴忌寒宣誓声明**

我，吴忌寒，依据 28 U.S.C. 1746 的规定，特此宣誓声明如下：

1. 我是 Bitdeer Technologies Group（“Bitdeer”）的创始人、董事会主席及首席执行官。我知晓 Bitdeer 与 Ayrton Capital, LLC（“Ayrton”）之间目前在美国纽约南区联邦地区法院进行的诉讼。

2. 除非另有说明，本声明中的事项均为我个人所知，并在我所知范围内真实无误。

3. 我知晓在 2024 年 4 月，Bitdeer 与 Ayrton 签署了一份无约束力的条款清单（“2024 年 4 月条款清单”）。尽管我在该 2024 年 4 月条款清单上签字，但我未参与 2024 年 4 月条款清单的谈判。该 2024 年 4 月条款清单由 Bitdeer 的资本市场与战略事务主管 Jeff LaBerge 以及 Bitdeer 的首席战略官 Haris Basit 进行谈判。我了解 LaBerge 先生与 Basit 先生已经在本诉讼中接受了证词录取。

4. 我从未以任何方式与 Ayrton 的任何相关人员进行过沟通。

5. 我也未与 Ayrton 就该 2024 年 4 月条款清单所设想的交易参与过任何后续谈判。这些事务主要由 LaBerge 先生负责处理。

6. 此外，我对 Bitdeer 与 Ayrton 之间谈判及互动的任何了解，均来自我在 Bitdeer 的同事 LaBerge 先生与 Basit 先生向我转达的信息。

7. 2024 年 5 月，我参与了 Tether International Ltd.（“Tether”）向 Bitdeer 投资 1 亿美元的股权交易谈判，该交易于 2024 年 5 月 30 日完成（“Tether 交易”）。

8. 我的同事孔令挥（英文名“Matt”）参与了与 Tether 关于该 Tether 交易的所有商业谈判。我了解 Bitdeer 已指定孔先生作为公司代表，就 Bitdeer 与 Tether 的谈判进行作证。我了解孔先生的证词录取已安排在 2025 年 7 月 22 日。

9. 据我了解，孔先生也参与了与 Tether 的财务顾问和法律顾问的沟通，以敲定 Tether 交易。我本人并未参与与 Tether 的财务顾问或法律顾问关于 Tether 交易的任何讨论。

10. 鉴于上述情况，我并不知晓任何有关 Tether 交易的信息是我知晓而孔先生不知晓的。

本人在此声明，在美国法律规定的作伪证将受到惩罚的前提下，我所陈述的内容真实且准确。本声明于 2025 年 6 月 13 日在新加坡签署。

吴忌寒

吴忌寒

# AFFIDAVIT OF MEIHUA SHI

I, Meihua Shi, being duly sworn, depose and state:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2. I personally translated from Chinese into English the document titled 吴忌寒宣誓声明 and dated June 13, 2025.

3. The attached translation is, to the best of my knowledge, a true, full, and accurate translation of the attached Chinese document. The original Chinese document is also attached hereto.

4. I am competent at translating documents from Chinese to English, because I have over 20 years of experience as a translator and editor. I studied World History at the Renmin University of China and SUNY Buffalo with Master's degrees and hold a translation certification from TransPerfect's Linguistic Certification Program.

Meihua Shi

Sworn before me this 14

day of June, 2025

[Name]

Notary Public

DANIELLE JEWELL
Notary Public, State of New York
No. 01JE6414400
Qualified in Livingston County
Commission Expires 03/22/2029

DANIELLE JEWELL NOTARY PUBLIC STATE OF NEW YORK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AYRTON CAPITAL, LLC,<br><br>*Plaintiff*,<br>v.<br>BITDEER TECHNOLOGIES GROUP,<br><br>*Defendant*. | Case No. 1:24-cv-05160-LJL |

**Sworn Statement by Wu Jihan**

I, Wu Jihan, pursuant to the provisions of 28 U.S.C. 1746, do hereby swear and declare as follows:

1. I am the Founder, Chairman of the Board and CEO of Bitdeer Technologies Group ("Bitdeer"). I am aware of the ongoing litigation between Bitdeer and Ayrton Capital, LLC ("Ayrton") in the United States District Court for the Southern District of New York.

2. Unless otherwise stated, the matters in this declaration are within my personal knowledge and are true to the best of my knowledge.

3. I understand that in April 2024, Bitdeer and Ayrton signed a non-binding term sheet ("April 2024 Term Sheet"). Although I signed the April 2024 Term Sheet, I was not involved in the negotiation of the April 2024 Term Sheet. The April 2024 Term Sheet was negotiated by Jeff LaBerge, Bitdeer's Head of Capital Markets and Strategy, and Haris Basit, Bitdeer's Chief Strategy Officer. I understand that Mr. LaBerge and Mr. Basit have already done depositions in this litigation.

4. I have never communicated in any way with anyone involved in Ayrton.

5. I have also not been involved in any subsequent negotiations with Ayrton regarding the transactions contemplated for the April 2024 Term Sheet. These matters are primarily handled by Mr. LaBerge.

6. In addition, any knowledge I have of the negotiations and interactions between Bitdeer and Ayrton has come from the information conveyed to me by my colleagues at Bitdeer, Mr. LaBerge and Mr. Basit.

7. In May 2024, I was involved in the negotiations for an equity transaction for Tether International Ltd. ("Tether") to invest US$100 million in Bitdeer, which was completed on May 30, 2024 (the "Tether Transaction").

8. My colleague Linghui Kong (English name Matt) was involved in all commercial negotiations with Tether regarding the Tether Transaction. I understand that Bitdeer has designated Mr. Kong as the Company's representative to testify about the negotiations between Bitdeer and Tether. I understand that Mr. Kong's deposition has been scheduled for July 22, 2025.

9. As I understand, Mr. Kong was also involved in communications with Tether's financial adviser(s) and legal adviser(s) to finalize the Tether Transaction. I was not personally involved in any discussions with Tether's financial adviser(s) or legal adviser(s) regarding the Tether Transaction.

10. In light of the foregoing, I am not aware of any information about the Tether Transaction that I know but Mr. Kong does not.

I hereby declare under penalty of perjury under the laws of the United States that the statements I have made are true and correct. This declaration is signed in Singapore on 13 June, 2025.

[signature]

______________________________

Wu Jihan