# EXHIBIT 4

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From:** Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent:** 4/16/2024 2:21:33 PM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' [linghui.kong@bitdeer.com]; 'Haris Basit' [haris.basit@bitdeer.com]
**Subject:** Debt Options

Jihan,

Below is an updated version of the debt terms that are on the table. We are presenting the best options for 1. Straight Debt; 2. Debt with Warrants & 3. Convertible Debt. AGP Option 3 is also included as a reference:

| | Ayrton Capital* | Monroe Capital* | CVP* | AGC Option 3 |
|---|---|---|---|---|
| Issuance | Senior Secured Notes & Warrants | Senior Secured Notes | Senior Secured Convertible Notes | Senior Secured Notes & Warrants |
| Term | 36 | 48 | 36 | 48 |
| Amount | $110 | $100 | $75 | $150 |
| Interest Rate | 7.5% | 13.1% | 5.0% | 11.0% |
| OID | 5.0% | 3.0% | 2.0% | 7.5% |
| Broker Fee | 0.0% | 2.5% | 2.5% | 7.5% |
| Conversion / Warrant | 20.0% | 0.0% | 100.0% | 25.0% |
| Conversion /Warrant Prem | 10.0% | 0.0% | 115.0% | 20.0% |
| **All-In Cost of Capital (Revised)** | **17.6%** | **15.0%** | **15.9%** | **24.3%** |
| Security | First Lien All Assets | First Lien All Assets | First Lien All Assets | First Lien All Assets |
| Guarantees | BTDR and Subsidiaries | BTDR and Subsidiaries | BTDR and Subsidiaries | BTDR and Subsidiaries |
| Amortization | I/O for 9 Months; 28 equal installments thereafter;<br><br>2% Redemption Prem | 10% / year | No amortization unless we default.<br>No Conversion for 1 year unless Stock Price =$15<br><br>After 1 year, Convertible at ~10% discount to Market Price | None in first 3-6 months, equal thereafter |
| Other Considerations | | | Lender has the right to invest an additional $75M at same terms | |

**Ayrton Capital:**
- Low interest rate & 9 month amortization holiday.
- Reasonable warrant coverage at 20%

**Monroe:**
- Highest interest rate, but only 10% amortization per year
- Lowest cost of capital
- Very reputable $18B credible fund; could be great long term capital provider, as they have other lower cost of capital funds that we could graduate to

**CVP: (Still pending final confirmation of terms)**
- Unique, low cost convertible debt.
- Eliminates dilution at our current share price; gives us 1 year to get our stock price up significantly:
  - No conversion in Year 1, unless stock price hits $15
  - After 1 year, conversion at a discount to the Market Price at the time
- Need to see if they will increase initial investment to $100M

**AGP Option 3:**

- Highest cost of capital
- Fees are significantly out of market; 7.5% cash + 5% warrants vs. 2.5% cash fee for others

**Size Considerations:** We may want to consider limiting the initial draw to $100M, putting our total debt to $143M (including Norway), which would be among the highest in the industry. If the market pulls back, investors may become bearish on miners with high debt levels. I think we would be well served to provide as much transparency as possible regarding the use of proceeds and the expected returns.

Please let us know your thoughts on these options.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935
BITDEER
www.bitdeer.com