# EXHIBIT 5

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From:** Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent:** 4/19/2024 6:46:18 AM
**To:** Jihan Wu [jihan.wu@bitdeer.com]
**CC:** Haris Basit [haris.basit@bitdeer.com]; Matt Kong [linghui.kong@bitdeer.com]; Samantha Robertson [samantha.robertson@bitdeer.com]; jiayuan.zhu@bitdeer.com
**Subject:** Re: Debt Options

They Gion. What is the appropriate way to get this executed? Can it be signed directly by you or does it need to go through OA?

Sent from my iPhone

On Apr 19, 2024, at 3:56 AM, Jihan Wu <jihan.wu@bitdeer.com> wrote:

Approved

On Fri, 19 Apr 2024 at 07:14, Jeff LaBerge <jeff.laberge@bitdeer.com> wrote:

Jihan,

Please see the attached final version of the Monroe term sheet. I was able to reduce the amortization from 10% / year to 7.5% / year and added a carve out for subordinate debt as well.

We believe these are the best straight debt terms available to us, as they do not include any equity component, which will allow us to utilize our ATM without any restrictions.

**Redacted for Privilege**

If you are comfortable, can this be executed directly, or does it need to go through OA?

Jeff LaBerge, CFA

Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935

<image001.png>

www.bitdeer.com

---

**From:** jeff.laberge@bitdeer.com <jeff.laberge@bitdeer.com>
**Sent:** Thursday, April 18, 2024 10:03 AM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Haris Basit' <haris.basit@bitdeer.com>; jiayuan.zhu@bitdeer.com; 'Samantha Robertson' <samantha.robertson@bitdeer.com>
**Subject:** RE: Debt Options

Jihan,

After careful consideration, we are recommending that we move forward with the Monroe capital senior secured debt at $100 million. The Term sheet is attached. We have spoken with numerous lenders as well as some of my other banking contacts and I believe these are the most attractive terms available in the market right now. Monroe is a very well respected credit fund with deep pockets so this could be a great long term source of funding for us as well.

I intend to include a carve out to allow the potential for a subordinated convertible debt structure with CVP at a later time, In case that is something we want to pursue. I believe we came up with a very innovative structure that defers the conversion to 1 year and buys us time to execute on our business plan and get our stock price up.

Redacted for Privilege

Redacted for Privilege With respect to timing and costs to close, I negotiated a front-end loaded due diligence process, whereby they will complete their internal due diligence and obtain Investment Committee approval before they spend any of our legal deposit.

I will follow up with more updates today and tomorrow.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives

Mobile: +1-858-663-8935

<image001. png>

www.bitdeer.com

---

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Sent:** Tuesday, April 16, 2024 2:22 PM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Haris Basit' <haris.basit@bitdeer.com>
**Subject:** Debt Options

Jihan,

Below is an updated version of the debt terms that are on the table. We are presenting the best options for 1. Straight Debt; 2. Debt with Warrants & 3. Convertible Debt. AGP Option 3 is also included as a reference:

<image002.png>

**Ayrton Capital:**

- Low interest rate & 9 month amortization holiday.

- Reasonable warrant coverage at 20%

**Monroe:**

- Highest interest rate, but only 10% amortization per year
- Lowest cost of capital
- Very reputable $18B credible fund; could be great long term capital provider, as they have other lower cost of capital funds that we could graduate to

**CVP: (Still pending final confirmation of terms)**

- Unique, low cost convertible debt.
- Eliminates dilution at our current share price; gives us 1 year to get our stock price up significantly:
  - No conversion in Year 1, unless stock price hits $15
  - After 1 year, conversion at a discount to the Market Price at the time
- Need to see if they will increase initial investment to $100M

**AGP Option 3:**

- Highest cost of capital
- Fees are significantly out of market; 7.5% cash + 5% warrants vs. 2.5% cash fee for others

**Size Considerations:** We may want to consider limiting the initial draw to $100M, putting our total debt to $143M (including Norway), which would be among the highest in the industry. If the market pulls back, investors may become bearish on miners with high debt levels. I think we would be well served to provide as much transparency as possible regarding the use of proceeds and the expected returns.

Please let us know your thoughts on these options.

Jeff LaBerge, CFA

Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935

<image001.png>

www.bitdeer.com