# EXHIBIT 7

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From**: Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent**: 4/30/2024 11:26:35 AM
**To**: 'Haris Basit' [haris.basit@bitdeer.com]; 'Matt Kong' [linghui.kong@bitdeer.com]; jihan.wu@bitdeer.com; jiayuan.zhu@bitdeer.com
**Subject**: Ayrton Update

Here is a quick update on Ayrton.

They have engaged counsel; however, the lead partners are out for the Jewish holiday until Wednesday. They believe they can have Docs to us by early to mid next week.

They are engaging FTI Consulting, to complete their due diligence package. I have worked with FTI in the past and had a good experience; they can move fast and are very commercial in their approach. I am expecting to have a call with FTI tomorrow or Wednesday at the latest.

Ayrton and FTI will begin site visits next week.

I will continue to make this my top priority and push them as hard as I can.

In the meantime, I will continue discussions with back up lenders.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935
BITDEER
www.bitdeer.com