# EXHIBIT 8

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From**: Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent**: 5/6/2024 10:52:27 AM
**To**: 'Haris Basit' [haris.basit@bitdeer.com]; jihan.wu@bitdeer.com; 'Matt Kong' [linghui.kong@bitdeer.com]; jiayuan.zhu@bitdeer.com
**Subject**: AGP Agreement / Ayrton Update
**Attachments**: BTDR -A.G.P. Engagement Agreement (March 2024) (Cooley Comments)v2.docx

Matt & Jihan,

**Redacted for Privilege**

Please let me know your thoughts on this.

Here is where we are with Ayrton:
- They are conducting an in-depth due diligence of our key assets, including Rockdale and Norway.
  - Rockdale:
    - The issue with Rockdale is the fact that it's a subject to a lease that contains an anti assignment and a change of control clause that could allow the landlord to terminate the lease if we pledge it as collateral. We believe we have a solution that we are presenting to them. If that does not work, we will have to get consent from the landlord.
  - Norway:
    - The purchase of the Norway entity has complicated things a little bit because it is subject to the $15 million note, which contains a number of restrictive provisions. We are working on two options:
      - It is possible we will need to use $15 million of the proceeds to pay off the note.
      - We we'll need to get the Norwegian sellers consent to allow Ayrton to foreclose on the asset but still be subject to their $15 million note.

Please note that since these are our largest and most valuable assets, this would likely be an issue for any senior secured lender. We are working hard on solutions and hope to have more information by the end of the day.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935
BITDEER
www.bitdeer.com