# EXHIBIT 9

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From**: Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent**: 4/17/2024 4:38:50 PM
**To**: Haris Basit [haris.basit@bitdeer.com]
**Subject**: Fwd: Thoughts from CR
**Attachments**: image001.png; Untitled attachment 00029.htm; Debt Options; Untitled attachment 00035.htm

Try this. It's China Renaissance.

Sent from my iPhone

Begin forwarded message:

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Date:** April 17, 2024 at 3:38:02 PM PDT
**To:** Vicky Zhu <jiayuan.zhu@bitdeer.com>, Haris Basit <haris.basit@bitdeer.com>
**Cc:** Matt Kong <linghui.kong@bitdeer.com>
**Subject: RE: Thoughts from CR**

Hi Vicky,

Thanks for sending this. There are some pretty high caliber names on this list. However, see the attached email that I sent to Jihan yesterday. He would like us to move forward with one ASAP, so Im not sure that we have time to engage with others. I've spoken to several of my banker contacts and they all believe the terms we have are about as good as they will get. We have already been in touch with a few of these names:

1. High Trail
2. Ares
3. Hudson Bay (I think)

Per the attached table, we are leaning heavily toward the straight debt option from Monroe Capital. They are a very reputable lender with deep pockets and could be a great long term source of capital for us. CVP is a close second, but there are a few terms that we don't like, so unless they agree to remove them, we will recommend moving forward with the Monroe term sheet.

Once we sign a term sheet, we will be exclusive for 60 days. I think we should set Friday as our absolute deadline.

If we are comfortable having CR send Morgan Stanley and Blackrock an OTW email, rather than an NDA, and see if we can get on a call with them ASAP. What do you think?

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935