# EXHIBIT 10

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From**: Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent**: 4/24/2024 8:18:38 PM
**To**: 'Ross Gan' [ross.gan@bitdeer.com]
**Subject**: FW: Debt Options
**Attachments**: 2024-0417 - Monroe Bitdeer_ Term Sheet v4_rt (Bitdeer Legal Comments)(JL).docx

He Ross,

See the below emails regarding the debt as well as the attached final term sheet from Monroe Capital. The mandate I was given was to find the best options for street debt, debt with warrants and convertible debt, with Jihan's preference being straight debt. I went through a pretty exhaustive process and narrowed it down to three or four options. The CVP convertible debt deal was a very unique structure that we came up with. However, it would be difficult for them to do more than $75 million and there were a few terms that made it too complicated. However, I believe we can go back to them at a later time and possibly do a similar structure on an unsecured basis.

Prior to this, we did a deep dive into the 144A convertible bond structure but ultimately determined that we did not have enough stock borrow available to make it work.

We ended up going with Monroe capital, a very reputable private credit fund, as they had the lowest cost of capital. They have very deep pockets could be a good long term source of capital for us.

The focus now needs to be on how we message this To investors, as they have not been friendly to miners taking on debt. We will have at least a month before it closes so we can get the message right. Have a good one.

By the way, I'm looking forward to working with you. I think a cohesive PR and IR strategy will be very powerful for Bitdeer.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935
BITDEER
www.bitdeer.com

---

**From:** jeff.laberge@bitdeer.com <jeff.laberge@bitdeer.com>
**Sent:** Thursday, April 18, 2024 10:03 AM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Haris Basit' <haris.basit@bitdeer.com>; jiayuan.zhu@bitdeer.com; 'Samantha Robertson' <samantha.robertson@bitdeer.com>
**Subject:** RE: Debt Options

Jihan,

After careful consideration, we are recommending that we move forward with the Monroe capital senior secured debt at $100 million. The Term sheet is attached. We have spoken with numerous lenders as well as some of my other banking contacts and I believe these are the most attractive terms available in the market right now. Monroe is a very well respected credit fund with deep pockets so this could be a great long term source of funding for us as well.

I intend to include a carve out to allow the potential for a subordinated convertible debt structure with CVP at a later time, In case that is something we want to pursue. I believe we came up with a very innovative structure that defers the conversion to 1 year and buys us time to execute on our business plan and get our stock price up.

**Redacted for Privilege**

Redacted for Privilege With respect to timing and costs to close, I negotiated a front-end loaded due diligence process, whereby they will

complete their internal due diligence and obtain Investment Committee approval before they spend any of our legal deposit.

I will follow up with more updates today and tomorrow.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935
BITDEER
www.bitdeer.com

**From:** Jeff LaBerge <jeff.laberge@bitdeer.com>
**Sent:** Tuesday, April 16, 2024 2:22 PM
**To:** jihan.wu@bitdeer.com; 'Matt Kong' <linghui.kong@bitdeer.com>; 'Haris Basit' <haris.basit@bitdeer.com>
**Subject:** Debt Options

Jihan,

Below is an updated version of the debt terms that are on the table. We are presenting the best options for 1. Straight Debt; 2. Debt with Warrants & 3. Convertible Debt. AGP Option 3 is also included as a reference:

| | Ayrton Capital* | Monroe Capital* | CVP* | AGC Option 3 |
|---|---|---|---|---|
| **Issuance** | Senior Secured Notes & Warrants | Senior Secured Notes | Senior Secured Convertible Notes | Senior Secured Notes & Warrants |
| **Term** | 36 | 48 | 36 | 48 |
| **Amount** | $110 | $100 | $75 | $150 |
| **Interest Rate** | 7.5% | 13.1% | 5.0% | 11.0% |
| **OID** | 5.0% | 3.0% | 2.0% | 7.5% |
| **Broker Fee** | 0.0% | 2.5% | 2.5% | 7.5% |
| **Conversion / Warrant** | 20.0% | 0.0% | 100.0% | 25.0% |
| **Conversion /Warrant Prem** | 10.0% | 0.0% | 115.0% | 20.0% |
| **All-In Cost of Capital (Revised)** | **17.6%** | **15.0%** | **15.9%** | **24.3%** |
| **Security** | First Lien All Assets | First Lien All Assets | First Lien All Assets | First Lien All Assets |
| **Guarantees** | BTDR and Subsidiaries | BTDR and Subsidiaries | BTDR and Subsidiaries | BTDR and Subsidiaries |
| **Amortization** | I/O for 9 Months; 28 equal installments thereafter;<br><br>2% Redemption Prem | 10% / year | No amortization unless we default.<br>No Conversion for 1 year unless Stock Price =$15<br><br>After 1 year, Convertible at ~10% discount to Market Price | None in first 3-6 months, equal thereafter |
| **Other Considerations** | | | Lender has the right to invest an additional $75M at same terms | |

**Ayrton Capital:**
- Low interest rate & 9 month amortization holiday.
- Reasonable warrant coverage at 20%

**Monroe:**
- Highest interest rate, but only 10% amortization per year
- Lowest cost of capital
- Very reputable $18B credible fund; could be great long term capital provider, as they have other lower cost of capital funds that we could graduate to

**CVP: (Still pending final confirmation of terms)**

- Unique, low cost convertible debt.
- Eliminates dilution at our current share price; gives us 1 year to get our stock price up significantly:
  - No conversion in Year 1, unless stock price hits $15
  - After 1 year, conversion at a discount to the Market Price at the time
- Need to see if they will increase initial investment to $100M

**AGP Option 3:**

- Highest cost of capital
- Fees are significantly out of market; 7.5% cash + 5% warrants vs. 2.5% cash fee for others

**Size Considerations:** We may want to consider limiting the initial draw to $100M, putting our total debt to $143M (including Norway), which would be among the highest in the industry. If the market pulls back, investors may become bearish on miners with high debt levels. I think we would be well served to provide as much transparency as possible regarding the use of proceeds and the expected returns.

Please let us know your thoughts on these options.

Jeff LaBerge, CFA
Head of Capital Markets & Strategic Initiatives
Mobile: +1-858-663-8935
BITDEER
www.bitdeer.com