# EXHIBIT 11

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 7 | Date Range: 5/21/2024 |

## Outline of Conversations

**C05L3GT9N7N** • 7 messages on 5/21/2024 • Haris Basit <haris.basit@bitdeer.com> • Jeff LaBerge <jeff.laberge@bitdeer.com> • Matt Kong <linghui.kong@bitdeer.com> • Slackbot (Bot) • Vicky Zhu <jiayuan.zhu@bitdeer.com>

**Messages in chronological order** (times are shown in GMT +00:00)

## C05L3GT9N7N

JZ **Vicky Zhu <jiayuan.zhu@bitdeer.com>** 5/21/2024, 3:12 PM
Hi Jeff, CR is chasing the updated model for MS, you may take a look at the model and the email from Lucas when you get a minute. @Jeff LaBerge <jeff.laberge@bitdeer.com>

JZ **Vicky Zhu <jiayuan.zhu@bitdeer.com>** 5/21/2024, 3:13 PM
Also we may need to hold off on the Aryton TS, Matt would you confirm that, thanks @Matt Kong <linghui.kong@bitdeer.com>

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 5/21/2024, 3:13 PM
Yes, i just saw that. I didnt realize they were still waiting on a model.

JL **Jeff LaBerge <jeff.laberge@bitdeer.com>** 5/21/2024, 3:14 PM
Also, would it be possible to send me the excel version of the cost per coin that you did? thanks so much.

JZ **Vicky Zhu <jiayuan.zhu@bitdeer.com>** 5/21/2024, 3:14 PM
it's okay, I'll let CR know we're working on it

JZ **Vicky Zhu <jiayuan.zhu@bitdeer.com>** 5/21/2024, 3:15 PM
sure, I will send it by tomorrow because there're Chinese wording in the excel that I have to revise them😂

LK **Matt Kong <linghui.kong@bitdeer.com>** 5/21/2024, 3:16 PM
@Jeff LaBerge <jeff.laberge@bitdeer.com> About Ayrton's new term sheet, please make sure to get Jihan's approval first before signing. I think he might has some thoughts on it. And the exclusivity of Ayrton will be dismissed on June 10, right?