# EXHIBIT 15

# UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED PROVISIONALLY UNDER SEAL

Message

**From**: Jeff LaBerge [jeff.laberge@bitdeer.com]
**Sent**: 4/29/2024 7:23:35 AM
**To**: Jarryd Gross [jgross@ayrtonllc.com]
**Subject**: Bitdeer (BTDR) Term Sheet 4.26.24 - Debt - Signed.pdf
**Attachments**: Bitdeer (BTDR) Term Sheet 4.26.24 - Debt - Signed.pdf; Untitled attachment 00004.txt

Here it is.

# *Bitdeer Technologies Group. (BTDR): Term Sheet*

This term sheet (the "Term Sheet") dated as of 4.26.2024 is intended for discussion purposes only and does not represent or constitute an offer, undertaking or commitment on the part of Ayrton Capital LLC or any of its affiliates ("Ayrton", "Investor" or "Investors") to arrange or provide financing to Bitdeer Technologies Group (the "Company" or "BTDR") or any of its affiliates or any other person. Except for this preamble, the epilogue at the end of the Term Sheet captioned "Confidentiality and Exclusivity" and the sections captioned "Diligence and Legal Fees" and "Governing Law", all terms set out herein are non-binding and any obligation or commitment of Ayrton or any of its affiliates is subject to the completion of due diligence, investment committee and other internal approvals and the execution and delivery of definitive transaction documentation (the "Definitive Documentation"), in each case as may be satisfactory to Ayrton at its sole discretion. The Company acknowledges its understanding that this Term Sheet is intended to be a summary of economic terms only and not a comprehensive abstract of the Definitive Documentation. Nothing herein shall be construed to compel Ayrton to commit to purchase securities of the Company or secure financing on behalf of the Company by third parties, ensure that Ayrton executes agreements with the Company, or guarantee the obligations of Ayrton under any definitive documentation by and among the Company and itself. This Term Sheet does not constitute an offer by any person to sell or the solicitation by any person of an offer to buy any securities in the United States, Australia, Canada, New Zealand, the United Kingdom or any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the applicable securities laws.

*Terms of the Offering (all amounts in USD)*

| | |
|---|---|
| **Principal Amount** | $105.00mn in non-convertible Notes (the "Notes") purchased by Investors for $100mn. The Company may draw down on an additional $50.00mn on the terms set forth herein, subject to release conditions to be outlined in the definitive documents. |
| **Interest** | SOFR + 8, per annum, floor of 13%, paid monthly in cash |
| **Ranking** | The Notes shall be senior secured obligations of the Company & its subsidiaries |
| **Maturity Date** | The Notes shall mature on the 48 month anniversary of their issuance at 100% of the face value (the "Redemption Value") |
| **Principal Amortization Amount** | The Company shall repay the Notes in quarterly installment payments of $2.5mn per quarter, with the balance payable upon Maturity. |
| **Redemption upon a Change of Control** | Upon completion of a Change of Control, the Investors may require the Company to purchase any outstanding Note in cash at 100% of the Redemption Value plus accrued but unpaid interest and any other amounts owed (together, the "Optional Redemption Value"). |
| **Negative Pledge** | Prior to all outstanding amounts under the Notes being repaid in full, the Company will not create any new encumbrances, on any of its or its subsidiaries' assets without the prior written consent of the Investor, subject to certain carve-outs including but not limited to an unsecured debt facility (so long as subordinated on terms reasonably acceptable to the Investor) and customary carveouts to be mutually agreed.) |
| **Covenants** | The Definitive Documentation will include standard negative and affirmative covenants (Minimum Cash, Cash Burn and a key man clause)[1] for this type of financing that will apply prior to all outstanding amounts under the Notes being repaid in full.<br><br>The Company shall maintain an ATM Program with one or more bonafide investment bank with available, accessible and unused capacity of at least $TBD at all times while the Note remains outstanding. |

[1] Financial covenants subject to diligence and discussion with the Company

***Bitdeer Technologies Group. (BTDR): Term Sheet***

| | |
|---|---|
| **Company Optional Redemption** | The Company may prepay the Note in full at any time after the 12 month anniversary of the Closing Date at a MOIC of 1.35 |
| **Future Investment Partnership** | The Investor will have a right to participate in up to 25% of any subsequent financing conducted by the Company while the Notes remain outstanding. |
| **Diligence and Legal Fees** | The Company will pay for all of the Investor's due diligence and legal fees in relation to the transactions proposed in this Term Sheet, with an initial deposit of $125,000. Upon additional requests from the Investor, the Company will be required to make additional deposits, provided the total amount shall not exceed $350,000.<br><br>Any fees in excess of $350,000 will be withheld from the closing amounts and the Investor shall be required to provide documentation to the Company with respect thereof. |
| **Governing Law** | State of New York |

*Confidentiality and Exclusivity: The Company will not disclose the terms contained herein to any other person or entity unless approved by Ayrton. The Company and/or its agents will not solicit, negotiate or accept any term sheets, proposals, transaction documents or agreements whether binding or non-binding from any other party with respect to a financing transaction nor will the Company close a financing transaction until 30 business days following the date the parties hereto agree in writing to cease negotiations of the transaction contemplated by this Term Sheet (the 31st day thereafter defined as the "Termination Date"). From the date hereof until the Termination Date, if the Company breaches any of the confidentiality and exclusivity prohibitions outlined in this section, the Company agrees to (a) pay Ayrton a break-up fee of 0.75% of the Redemption Value of the Notes (along with any collection or enforcement fees thereof) and (b) provide Ayrton the right to participate for 25% in any third party transaction executed by the Company from the date hereof until the 180 day anniversary of the Termination Date (such transaction a "Competing Transaction"). Upon execution of the Term Sheet by the Company, this Confidentiality and Exclusivity section shall be binding and the Investor shall have the right to pursue all remedies available to it at law or in equity with respect to this section including, without limitation, a decree of specific performance, injunctive relief and money damages. Any Competing Transaction shall not include any terms designed to circumvent the provisions of this Section or otherwise preclude Ayrton's participation including but not limited to representation/warranties or amendment rights in such Competing Transaction. The Company will promptly reimburse the Investor for all costs, including attorney's fees, paid or incurred by the Investor with respect to any claims arising as a result of a breach of the provisions under this section. Any unpaid amounts pursuant to this Term Sheet shall accrue interest at an annualized rate of 18% from the date such payment was due. By executing this term sheet, the Company represents and warrants that this term sheet has been duly authorized, executed and delivered.*

[SIGNATURE PAGE BELOW]

*Bitdeer Technologies Group. (BTDR): Term Sheet*

By: ______________________
Name: Waqas Khatri
Title: Director

**Ayrton Capital LLC**
as Investment Manager for
**Alto Opportunity Master Fund, SPC - Segregated Master Portfolio B**

By: ______________________
Name: Wu Jihan
Title: Director
Date：29 Apr 2024

For and on behalf of
Bitdeer Technologies Group

Sent from my iPhone