# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AYRTON CAPITAL, LLC,<br>*Plaintiff*,<br>v.<br>BITDEER TECHNOLOGIES GROUP,<br>*Defendant*. | Case No. 24-5160 |

**BITDEER TECHNOLOGIES GROUP'S INITIAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Bitdeer Technologies Group ("Bitdeer"), without waiving any claims of privilege, work product or other basis for non-disclosure, hereby makes the following initial disclosures.

These disclosures are based on Bitdeer's present knowledge. By providing these disclosures, Bitdeer does not represent that it is identifying every witness, document, or tangible thing that may be relevant to the issues in this lawsuit, or on which Bitdeer may rely in support of its defenses. Nor does Bitdeer represent that the listed sources of information actually contain or possess relevant information. Bitdeer reserves the right to supplement these disclosures through the production of documents, responses to interrogatories, deposition testimony, and other disclosure devices. Bitdeer reserves the right to rely upon any further information that it obtains in its investigation of the facts and in discovery. Bitdeer reserves the right to object to disclosure of any person, document, or thing on the basis of applicable privilege, the work product doctrine, relevance, competency, materiality, undue burden, hearsay, or any other valid objection in response to any discovery request or proceeding. Nothing in these disclosures is an admission by Bitdeer regarding any matter.

## I. RULE 26(a)(1)(A)(i): INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

| Name & Title | Subject Matter(s) | Contact Information |
|---|---|---|
| Jihan Wu, Chief Executive Officer and Chairman of the Board, Bitdeer | May have information regarding the financing transaction contemplated by the April 2024 Term Sheet (the "Term Sheet") that Bitdeer entered into with Ayrton Capital, LLC ("Ayrton"). | Contact through Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") |
| Jeff LaBerge, Head of Capital Markets & Strategic Initiatives, Bitdeer | May have information regarding the evaluation, negotiation, drafting, and execution of the Term Sheet; the financing transaction contemplated by the Term Sheet; Bitdeer's and Ayrton's negotiation of the financing transaction contemplated by the Term Sheet; Ayrton's requirement of obtaining a security interest in a Texas data mining facility operated by Bitdeer; Ayrton's termination of the Term Sheet; Bitdeer's and Ayrton's further negotiations over alternative financing arrangements; and Bitdeer's communications with Ayrton regarding a financing agreement with Tether International Ltd. | Contact through Quinn Emanuel |
| Haris Basit, Chief Strategy Officer, Bitdeer | May have information regarding the financing transaction contemplated by the Term Sheet and Ayrton's termination of the Term Sheet. | Contact through Quinn Emanuel |
| Samantha Robertson, Director of Global Energy Strategy, Bitdeer | May have information regarding Ayrton's requirement of obtaining a security interest in a Texas data mining facility operated by Bitdeer. | Contact through Quinn Emanuel |
| Linghui "Matt" Kong, Director and Chief Business Officer, Bitdeer | May have information regarding the financing transaction contemplated by the Term Sheet. | Contact through Quinn Emanuel |

| Name & Title | Subject Matter(s) | Contact Information |
|---|---|---|
| Waqas Khatri, Managing Member, Ayrton | May have information regarding the Term Sheet; Ayrton's strategy for and interest in investing in Bitdeer; Ayrton's need for and use of contractual penalty and exclusivity provisions; Ayrton's lending practices, including as alleged and litigated in *GT Biopharma Inc., v. Empery Asset Master LTD., et al.*, Case No. 1:18-cv-06910-GBD (S.D.N.Y. 2018) and *Genius Group Ltd. v. Alto Opportunity Master Fund SPC et. al.*, Case No. 1:23-cv-01639-LAK (S.D.N.Y. 2023). | Upon information and belief, contact through Freshfields US LLP ("Freshfields") |
| Jarryd Gross, Research Analyst, Ayrton | May have information regarding the evaluation, negotiation, drafting, and execution of the Term Sheet; the financing transaction contemplated by the Term Sheet; Bitdeer's and Ayrton's negotiation of the financing transaction contemplated by the Term Sheet; Ayrton's termination of the Term Sheet; Ayrton's requirement of obtaining a security interest in a Texas data mining facility operated by Bitdeer; Bitdeer's and Ayrton's further negotiations over alternative financing arrangements; Bitdeer's communications with Ayrton regarding a financing agreement with Tether International Ltd.; Ayrton's damages (if any) from any alleged breach of the Term Sheet; and Ayrton's need for and use of contractual penalty and exclusivity provisions. | Upon information and belief, contact through Freshfields |
| Daniel Altman, General Counsel and Chief Compliance Officer, Ayrton | May have information regarding the Term Sheet. | Upon information and belief, contact through Freshfields |

| Name & Title | Subject Matter(s) | Contact Information |
|---|---|---|
| Luke Braly, Managing Director, FTI Consulting, Inc. | May have information regarding Ayrton's evaluation of one or more possible financing transactions with Bitdeer. | Upon information and belief,<br>999 17th Street<br>Suite 700<br>Denver, CO 80202<br>+1 303 689 8840<br>luke.braly@<br>fticonsulting.com |
| Preston Fischer, Managing Director, FTI Consulting, Inc. | May have information regarding Ayrton's evaluation of one or more possible financing transactions with Bitdeer. | Upon information and belief,<br>2001 Ross Avenue<br>Suite 650<br>Dallas, TX 75201<br>+1 214 213 2458<br>preston.fischer@<br>fticonsulting.com |

In addition to the above-listed individuals, Bitdeer states that there may be other individuals who have knowledge of relevant facts. Bitdeer believes that other representatives, employees, and affiliates of Ayrton may have information relevant to Bitdeer's defenses.

## II. RULE 26(a)(1)(A)(ii): DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS IN DEFENDANT'S POSSESSION, CUSTODY, OR CONTROL

Pursuant to Rule 26(a)(1)(ii), Bitdeer discloses the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control that may be used to support Bitdeer's defenses and counterclaim in this action:

1. Documents and communications related to the evaluation, negotiation, drafting, execution, implementation, and terms of the Term Sheet.

2. Documents and communications relating to the Term Sheet.

3. Documents and communications relating to Ayrton's termination of the Term Sheet negotiations.

4. Documents and communications relating to the negotiation of alternative financing after Ayrton terminated the Term Sheet.

5. Documents and communications regarding Ayrton's requirement of obtaining a security interest in a Texas data mining facility operated by Bitdeer.

6. Documents hosted on a data room that Ayrton accessed.

7. All documents identified through the course of discovery.

Bitdeer's investigation is ongoing. By providing this description, Bitdeer does not waive, but expressly preserves, any and all objections as to the relevance and admissibility of the documents. Bitdeer also states that, although they are not within Bitdeer's possession, custody, or control, Bitdeer may use publicly available documents and documents produced by Ayrton or third parties in this action to support its defenses and counterclaim. Bitdeer reserves the right to identify additional documents in support of its defenses and counterclaim.

## III. RULE 26(a)(1)(A)(iii): DAMAGES COMPUTATION

Pursuant to Rule 26(a)(1)(iii), Bitdeer discloses that it currently does not intend to seek damages other than attorneys' fees and reasonable costs and expenses.

## IV. RULE 26(a)(1)(A)(iv): INSURANCE AGREEMENT

Pursuant to Rule 26(a)(1)(iv), Bitdeer discloses that it is not currently aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

DATED: November 14, 2024

/s/ *Renita Sharma*
Michael B. Carlinsky
Renita Sharma
Daniel Sisgoreo
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
renitasharma@quinnemanuel.com
danielsisgoreo@quinnemanuel.com

*Attorneys for Defendant Bitdeer Technologies Group*