# EXHIBIT 3

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL