# EXHIBIT 4

## ENTIRE DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL