# EXHIBIT 5

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL