# EXHIBIT 6

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL