# EXHIBIT 7

## ENTIRE DOCUMENT PROPOSED
## TO BE FILED UNDER SEAL