# EXHIBIT 8

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL