# EXHIBIT 9

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL