# EXHIBIT 10

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL