# EXHIBIT 11

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL