# EXHIBIT 12

# ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL