# EXHIBIT 13

# ENTIRE DOCUMENT PROPOSED
# TO BE FILED UNDER SEAL