# EXHIBIT 15

# ENTIRE DOCUMENTS PROPOSED
# TO BE FILED UNDER SEAL