```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
AYRTON CAPITAL LLC,                                              :
                                                                 :
                                    Plaintiff,                   :
                                                                 :         24-cv-5160 (LJL)
                -v-                                              :
                                                                 :            ORDER
BITDEER TECHNOLOGIES GROUP,                                      :
                                                                 :
                                    Defendant.                   :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Ayrton moves to seal the highlighted portion of Exhibit 15 to its opposition to Bitdeer's motion for a protective order. Dkt. No. 90. Bitdeer moves to seal or redact Exhibits 3–13 of Ayrton's opposition. Dkt. No. 97.

    The motions to seal are granted. "[T]he presumption of public access in filings submitted in connection with discovery disputes or motions in limine is generally somewhat lower than the presumption applied to material introduced at trial, or in connection with dispositive motions such as motions for dismissal or summary judgment." *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). Given this lower presumption and the targeted nature of the proposed redactions, the parties have shown that the privacy interest in protecting the confidentiality of competitively sensitive business information and personally identifiable information outweighs the presumption of public access. *See fuboTV Inc. v. Walt Disney Co.*, 2025 WL 19322, at *1 (S.D.N.Y. Jan. 2, 2025).

    Bitdeer does not seek to maintain under seal other documents provisionally sealed by Ayrton in its opposition. *See* Dkt. No. 97. Those documents will be unsealed. Ayrton also has

not moved to seal Exhibit 2 to Bitdeer's motion, which was filed provisionally under seal. *See* Dkt. No. 96 n.3. That document will be unsealed.

The motions to seal are GRANTED. Bitdeer has filed updated versions of Exhibits 3–13 on the docket reflecting the proposed redactions. Ayrton is ordered to file an updated version of Exhibit 15 reflecting only its proposed redactions.

The Clerk of Court is respectfully directed to unseal Dkt. Nos. 89-2 and 91.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 90 and 97.

SO ORDERED.

Dated: July 1, 2025
      New York, New York

                                             LEWIS J. LIMAN
                                        United States District Judge