UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AYRTON CAPITAL, LLC,<br><br>                              *Plaintiff*,<br><br>         v.<br><br>BITDEER TECHNOLOGIES GROUP,<br><br>                              *Defendant*. | Case No. 24-cv-05160 (LJL)<br><br>**NOTICE OF MOTION**<br><br>**(ORAL ARGUMENT REQUESTED)** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law in support of Defendant's Motion for Summary Judgment; the Declaration of Renita Sharma and Exhibits 1 to 36, annexed thereto; Defendant's Rule 56.1 Statement of Undisputed Material Facts; the Parties' Joint Rule 56.1 Statement of Undisputed Material Facts; and all the prior pleadings and proceedings herein, Defendant Bitdeer Technologies Group, through its undersigned counsel, shall move this court, before the Honorable Lewis J. Liman, at the United States Daniel Patrick Moynihan U.S. Courthouse, located at 500 Pearl Street, New York, New York 10007 for an Order granting Defendant summary judgment and terminating the Action pursuant to Federal Rule of Civil Procedure 56, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), opposition and/or answering papers to the relief requested herein shall be served upon the undersigned no later than fourteen (14) days after service of these papers; and reply papers, if any, shall be served and filed seven (7) days after service of said answering papers.

-2-

| | |
|---|---|
| DATED:  New York, New York<br>November 12, 2025 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>*/s/ Renita Sharma*<br>Michael B. Carlinsky<br>Renita Sharma<br>Anil Makhijani<br>Daniel Sisgoreo<br>295 Fifth Avenue<br>New York, New York 10016<br>Phone: (212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>renitasharma@quinnemanuel.com<br>anilmakhijani@quinnemanuel.com<br>danielsisgoreo@quinnemanuel.com<br><br>*Attorneys for Defendant Bitdeer*<br>*Technologies Group* |