USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYRTON CAPITAL LLC,

Plaintiff,

-v-

BITDEER TECHNOLOGIES GROUP,

Defendant.

24-cv-5160 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is the parties' joint letter regarding next steps in this case. Dkt. No. 204. By Opinion and Order of September 30, 2026, the Court concluded that the exclusivity provision at issue constitutes an unenforceable penalty to the extent that it awarded Ayrton Capital LLC a right of participation in third-party financing transactions but that the provision's fixed break-up fee is enforceable. Dkt. No. 201. The Court's decision resolved all claims between all parties to this litigation except for the issue of attorneys' fees and costs. *Id.*

Accordingly, the Clerk of Court is respectfully directed to enter final judgment awarding Ayrton Capital LLC liquidated damages in the amount of $787,500. The Court reserves decision on the issue of attorneys' fees and costs during the pendency of Ayrton's anticipated appeal on the merits pursuant to Federal Rules of Civil Procedure 54 and 58.

SO ORDERED.

Dated: October 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge