**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

AYRTON CAPITAL LLC,

Plaintiff,

-against-

24 **CIVIL** 5160 (LJL)

**JUDGMENT**

BITDEER TECHNOLOGIES GROUP,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2026, judgment is hereby entered in favor of Ayrton Capital LLC liquidated damages in the amount of $787,500.

**Dated:** New York, New York

October 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**