USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

AYRTON CAPITAL LLC,

Plaintiff,

-v-

BITDEER TECHNOLOGIES GROUP,

Defendant.

---------------------------------------------------------------------X

24-cv-5160 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Before the Court is the motion of Defendant Bitdeer Technologies Group ("Bitdeer") to seal portions of the transcript of the oral argument held on September 24, 2026 which disclose the identity of a prospective non-party investor in Bitdeer. Dkt. No. 210.

The public has a right of access to judicial documents that is rooted in both the common law and the First Amendment. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Thus, if a party seeks to protect judicial documents, its showing of good cause must be sufficient to overcome the public's presumed right of access. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) (movant must articulate "specific and substantial" grounds to protect the information it wishes to seal). Here, the name of the non-party investor was twice mentioned in open court by counsel for Plaintiff Ayrton Capital LLC. *See* Dkt. No. 211-1 at 33:6–8. Counsel for Bitdeer did not request at the hearing that the non-party investor be referred to anonymously. In light of these facts, Bitdeer has not established sufficient grounds to seal the relevant portions of the transcript. The motion is therefore denied.

The Clerk of Court is respectfully directed to unseal Dkt. No. 211 and to close the motion at Dkt. No. 210.

SO ORDERED.

Dated: October 29, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge